# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SAMICK MUSICAL INSTRUMENTS CO., LTD., | Case No. 2:17-cv-1859-APG-GWF |
| Plaintiff, | **ORDER STAYING CASE** |
| v. | (ECF No. 9) |
| QRS MUSIC TECHNOLOGIES INC., et al., | |
| Defendants. | |

The parties' stipulation to stay this case **(ECF No. 9) is granted**. The case is stayed pending resolution of Case No. 2:15-cv-00333. The parties shall file a status report in this case by October 31, 2018, or 30 days after Case No. 2:15-cv-00333 is resolved, whichever comes first.

DATED this 4th day of April, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE