UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAMICK MUSICAL INSTRUMENTS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> QRS MUSIC TECHNOLOGIES, INC., *et al.*, <br><br> Defendants. | Case No. 2:17-cv-01859-APG-GWF <br><br> **ORDER** |

This matter is before the Court on Plaintiff Samick Musical Instruments Co., Ltd.'s failure to retain local counsel pursuant to Local Rule ("LR") IA 11-2(d). On June 4, 2018, the Court granted Matthew D. Francis, Arthur A. Zorio, and the law firm of Brownstein Hyatt Farber Schreck, LLP ("BHFS") Motion to Withdraw as Counsel for Plaintiff Samick Musical Instruments Co., Ltd. *See* ECF No. 105. The Court instructed Plaintiff to retain local counsel no later than July 5, 2018 if it intends to continue to litigate this matter. An attorney who is granted permission to practice in a particular case but is not a member of the bar of this court must associate a resident member of the bar of this court as co-counsel. LR IA 11-2(d). Plaintiff Samick Musical Instruments Co., Ltd shall have until **August 13, 2018** to designate local counsel as counsel of record. Failure to designate local counsel will result in an order to show cause why this matter should not be dismissed. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Samick Musical Instruments Co., Ltd shall have until **August 13, 2018** to designate local counsel as counsel of record.

Dated this 17th day of July, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1